**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00416-CR

### THE STATE OF TEXAS, Appellant

### V.

### ELIZABETH HOSKINS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB07-20056-M**

## ORDER

The State's August 19, 2013 second motion for extension of time to file the State's brief is **GRANTED** to the extent we **ORDER** the State to file the State's brief by **September 17, 2013**. If the State does not comply with this order, this appeal will be submitted without the State's brief.

/s/    LANA MYERS
       JUSTICE